No. 73–1121. NORTH GEORGIA FINISHING, INC. *v.* DI-CHEM, INC. Sup. Ct. Ga. Certiorari granted.

No. 73–1446. ROE ET AL. *v.* DOE. Ct. App. N. Y. Certiorari granted.

No. 73–64. IANNELLI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted limited to Question 2 presented by the petition which reads as follows: "Whether petitioners' convictions of conspiracy represent a duplication of their convictions of violating 18 U. S. C. § 1955 and require that the conspiracy convictions be reversed."

No. 73–1233. NATIONAL LABOR RELATIONS BOARD ET AL. *v.* SEARS, ROEBUCK & CO. C. A. D. C. Cir. Certiorari granted and set for oral argument with No. 73–1316 [immediately *infra*]. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1316. RENEGOTIATION BOARD *v.* GRUMMAN AIRCRAFT ENGINEERING CORP. C. A. D. C. Cir. Certiorari granted and case set for oral argument with No. 73–1233 [immediately *supra*]. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1279. WILLIAMS & WILKINS CO. *v.* UNITED STATES. Ct. Cl. Certiorari granted. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.